Nov. Term,
1861.

DICK v. NILES.

BROWN
v.
SHEARON.

Wednesday,
December 4.

APPEAL from the *Clinton* Common Pleas.

*Per Curiam.*—Suit by *Niles* against *Dick*, for work and labor done under a special contract, and for goods, &c.

Trial by the Court; finding and judgment for the plaintiff.

A demurrer was sustained to the complaint, because it claimed over one thousand dollars. This was before the act of 1859, extending the jurisdiction of the Court of Common Pleas. The plaintiff asked and obtained leave to amend his complaint, which was granted on payment of costs and the continuance of the cause. The defendant excepted to the order of the Court granting leave to amend the complaint. There was no error in this respect. *Epperly* v. *Little*, 6 Ind. 344.

The only other question is, whether the evidence sustains the finding. We think it has a tendency to do so, and can not reverse the judgment.

The judgment is affirmed, with costs.

*N. Pu dum*, for the appellant.

*McC ung* and *Sims*, for the appellee.